IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN PERRIDON,

    Petitioner,               No. CIV S-00-1123 LKK JFM P

    vs.

ERNIE ROE, Warden, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 3, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed June 3, 2005, are adopted in full;

2. Petitioner's May 9, 2005 motion to stay is granted;

3. This action is stayed pending exhaustion of state remedies as to petitioner's <u>Batson</u> claim and petitioner's claim of ineffective assistance of appellate counsel;

4. Petitioner shall filed a motion to lift the stay within thirty days from the date of any order by the California Supreme Court resolving the claims referred to in paragraph 3 of this order;

5. Respondents' May 18, 2005 motion for summary judgment is denied without prejudice; and

6. The Clerk of the Court is directed to administrative close this case.

DATED: July 11, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/perr1123.801