IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN PERRIDON,

    Petitioner,                    No. CIV S-00-1123 LKK JFM P

    vs.

ERNIE ROE, Warden, et al.,        ORDER

    Respondents.

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed July 12, 2005, this action was stayed pending exhaustion of state remedies as to additional claims for relief.  On February 9, 2007, petitioner filed a motion to lift the stay of this action.  Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondents shall file and serve a response to petitioner's February 9, 2007 request.

DATED:  March 12, 2007.

                                   /s/ John F. Moulds
                              UNITED STATES MAGISTRATE JUDGE

12;perr1123.o

1