IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN PERRIDON,

    Petitioner,                      No. CIV S-00-1123 LKK JFM P

    vs.

ERNIE ROE, Warden, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 22, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Petitioner has filed objections to the findings and recommendations. Respondents have filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 22, 2007, are adopted in full;

2. Respondents' March 29, 2007 motion to dismiss (#42) is granted;

3. The claims alleged as Grounds 2 and 3 in petitioner's amended petition are dismissed and this action shall proceed on the claims alleged as Ground 1; and

4. Within thirty days from the date of this order, petitioner shall file a traverse. At that time the habeas petition will stand submitted.

DATED: December 13, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT